IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JEFFREY HANLIN, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WILSON LIGHTING OF ST. LOUIS, INC., ROBERT WILSON CO., INC., and WILSON LIGHTING OF NAPLES, INC., all d/b/a Wilson Lighting,<br><br>Defendants. | Case No. _____<br><br>State Case No. 20SL-CC01063<br>(St. Louis County, Missouri) |

## NOTICE OF REMOVAL

NOW COME Defendants Wilson Lighting of St. Louis, Inc., Robert Wilson Co., Inc., and Defendant Wilson Lighting of Naples, Inc., by and through counsel, and for their Notice of Removal of the above-captioned action to the United States District Court for the Eastern District of Missouri, pursuant to 28 U.S.C. §§ 1441(a) and 1446, state as follows:

1.  The above-captioned action, now pending in the Circuit Court for St. Louis County, Missouri, is a putative collective action under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, and a putative class action under state law by Jeffrey Hanlin against Wilson Lighting of St. Louis, Inc., Robert Wilson Co, Inc., and Wilson Lighting of Naples, Inc. for overtime wages allegedly owed to warehouse managers and laborers employed by Defendants. Specifically, Plaintiff claims that overtime wages are owed to him for work performed between 2015 and 2019, while Plaintiff was employed as a warehouse manager by Wilson Lighting of St. Louis, Inc. in St. Louis County, Missouri.

2. In addition to his claim under the FLSA (Count I), Plaintiff also brings state-law claims for underpayment of wages (Count II), quantum meruit (Count III), and unjust enrichment (Count IV). The factual basis for all of Plaintiff's claims is the same: he alleges that he was underpaid for overtime work performed between 2015 and 2019, while he was employed as a warehouse manager by Wilson Lighting of St. Louis, Inc.

3. A copy of Plaintiff's Petition is attached hereto and marked as "Exhibit A."

4. Although Plaintiff purports to sue "on behalf of himself and all others similarly situates," as of the time of this removal, no one besides Plaintiff has consented to participate as a plaintiff in this lawsuit. Moreover, the state court has not determined whether the lawsuit may be maintained as a class action.

5. On information and belief, at all relevant times, Plaintiff was a resident of St. Louis County, Missouri and a citizen of the State of Missouri.

6. Defendant Wilson Lighting of St. Louis, Inc. is a corporation organized under the laws of the State of Missouri with its principal place of business in St. Louis County, Missouri.

7. Defendant Robert Wilson Co., Inc. is a corporation organized under the laws of the State of Kansas with its principal place of business in Johnson County, Kansas.

8. On information and belief, Wilson Lighting of Naples, Inc. is a corporation organized under the laws of the State of Florida with its principal place of business in Collier County, Florida.

9. All Defendants join in the filing of this Notice of Removal.

10. This is not an action described in 28 U.S.C. § 1445.

11. Because this Court has jurisdiction over Plaintiff's FLSA claim pursuant to 28 U.S.C. § 1331 (federal question) and Plaintiff's state-law claims pursuant to 28 U.S.C. § 1367

(supplemental jurisdiction), Defendants now remove this action to the United States District Court for the Eastern District of Missouri, pursuant to 28 U.S.C. §§ 1441(a) and 1446.

12. Venue is proper in the Eastern District of Missouri, pursuant to 28 U.S.C. § 1441(a), because this action was brought in the Circuit Court for the City of St. Louis, Missouri.

13. Undersigned counsel accepted service on behalf of Defendants on March 20, 2020. *See* correspondence attached hereto and marked as "Exhibit B." Accordingly, this Notice of Removal is being timely filed under 28 U.S.C. § 1446(b).

WHEREFORE, for the foregoing reasons, Defendants Wilson Lighting of St. Louis, Inc., Robert Wilson Co., Inc., and Defendant Wilson Lighting of Naples, Inc. respectfully request that this Court accept jurisdiction of this action.

**DEFENDANTS DEMAND TRIAL BY JURY.**

Respectfully Submitted,

**WILSON LIGHTING OF ST. LOUIS, INC. AND ROBERT WILSON CO., INC.**

By: /s/ Adam A. Field
Kevin P. Clark, #53811MO
Adam A. Field, #64846MO
LITCHFIELD CAVO LLP
222 S. Central Ave., Ste. 110
St. Louis, MO 63105
(314) 725-1227 (Phone)
(314) 725-3006 (Fax)
Clark@LitchfieldCavo.com
Field@LitchfieldCavo.com

*Attorneys for Defendants Defendant Wilson Lighting of St. Louis, Inc. and Robert Wilson Co., Inc.*

**and**

                                                  **DEFENDANT WILSON LIGHTING OF NAPLES, INC.**

By:    /s/ Alan L. Rupe         (*with consent*)
           Alan L. Rupe, #56013MO
           LEWIS BRISBOIS LLP
           1605 N. Waterfront Pkwy., Suite 150
           Wichita, KS 67206
           (316) 609-7900 (Phone)
           (316) 462-5746 (Fax)
           alan.rupe@lewisbrisbois.com

***Attorney for Defendant Wilson Lighting of Naples, Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this <u>17th</u> day of <u>April</u>, 2020, a copy of the foregoing was filed with the Court's electronic filing system and served by operation thereof on all counsel of record.

                                      /s/ Adam A. Field