IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JEFFREY HANLIN, on behalf of himself and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>WILSON LIGHTING OF ST. LOUIS, INC.;<br>ROBERT WILSON CO., INC; and<br>WILSON LIGHTING OF NAPLES, INC,<br>ALL d/b/a WILSON LIGHTING | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 4:20-cv-00554<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STIPULATION FOR DISMISSAL**

COMES NOW Plaintiff Jeffrey Hanlin and Defendants Wilson Lighting of St. Louis, Inc, Robert Wilson Co., Inc., and Wilson Lighting of Naples, Inc., pursuant to Rule 41(a)(1)(A)(i), jointly stipulate that Plaintiff's claims asserted against Defendants are dismissed with prejudice with each party to bear his or its own fees, costs, and expenses.

Dated: July 29, 2020

SO ORDERED.
This 29th day of July, 2020.

_____
RODNEY W. SIPPEL
U.S. DISTRICT JUDGE

/s/ S. Cody Reinberg
S. Cody Reinberg #66172
HKM Employment Attorneys LLP
9666 Olive Blvd., Suite 202A
St. Louis, MO 63132
creinberg@hkm.com

**ATTORNEY FOR PLAINTIFF**

/s/ Kevin P. Clark
Kevin P. Clark #53811
Litchfield Cavo, LLP
222 S. Central Ave. Suite 110
St. Louis, MO 63105
clark@litchfieldcavo.com

**ATTORNEYS FOR DEFENDANTS WILSON LIGHTING OF ST. LOUIS, INC. AND ROBERT WILSON CO., INC.**

4852-5409-4017.1

2

*/s/ Alan L. Rupe*
Alan L. Rupe #56013
Lewis Brisbois Bisgaard & Smith LLP
4600 Madison Avenue, Suite 700
Kansas City, Missouri 64112
alan.rupe@lewisbrisbois.com

**ATTORNEYS FOR DEFENDANT WILSON LIGHTING OF NAPLES, INC.**